UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Theresa Gabana, M.D.

V.

CIVIL ACTION: 1:24-12869-NMG

Tufts Medicine, Inc., et al

**FINAL JUDGMENT**

GORTON, Sr.U.S.D.J. September 15, 2026

Pursuant to the Memorandum and Order entered on 9/15/2026, it is ORDERED and ADJUDGED that final judgment is hereby entered in favor of the Defendants.

By the Court,

/s/ Christine M. Lima________
DEPUTY CLERK